**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BENNIE L. PARKS                                                      PLAINTIFF

v.                          5:08CV00245 WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                      DEFENDANT

<u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, the decision of the Commissioner is reversed and remanded. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991). Judgment shall be entered accordingly.

IT IS SO ORDERED this 12th day of August, 2009.


                                                               /s/Wm. R. Wilson, Jr.
                                                      UNITED STATES DISTRICT JUDGE