**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| BENNIE L. PARKS | PLAINTIFF |
| v.   5:08cv00245 WRW | |
| MICHAEL J. ASTRUE,<br>Commissioner, Social<br>Security Administration | DEFENDANT |

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Order entered this date.

This case is hereby reversed and remanded for action consistent with the Court's opinion.

This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 12th day of August, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE